IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
CRIMINAL DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 2 5 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION |
| MIGUEL CLAUDIO TREVINO | : | NO. 1:13-MJ-1037 |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Elizabeth Hathaway, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. **Eligibility of Case.**

   This case is eligible for a detention order because this case involves (check all that apply):

   ____  Crime of violence (18 U.S.C. § 3156)

   ✓  Maximum sentence of life imprisonment or death

   ✓  10 + year drug offense

   ____  Felony, with two prior convictions in the above categories

   ✓  Serious risk the defendant will flee

   ✓  Serious risk of obstruction of justice

(2) the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3) A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

\_\_\_\_\_   [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.   <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

✓   At the initial appearance.

\_\_\_\_\_   After continuance of \_\_\_ days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated:  this 25th day of July, 2013.

                                       Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Cassandra J. Schansman* (Bret Williams)

CASSANDRA J. SCHANSMAN
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6083
Ga. Bar No.184183

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Defense Counsel

This 25th day of July, 2013.

CASSANDRA J. SCHANSMAN
ASSISTANT UNITED STATES ATTORNEY