FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 13 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO. 1:13-CR-324 |
| MIGUEL CLAUDIO TREVINO, : | |
| ROBERTO ISIDORO VERA, and : | |
| LUIS ANTONIO ITURRALDE, : | |
| : | |
| Defendants. : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (21 U.S.C. § 846)
### (Conspiracy)

1. Beginning on a date unknown to the Grand Jury through on or about July 24, 2013, within the Northern District of Georgia and elsewhere, the defendants, MIGUEL CLAUDIO TREVINO, ROBERTO ISIDORO VERA, and LUIS ANTONIO ITURRALDE, did knowingly combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute and to distribute mixtures and substances containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO
## (21 U.S.C. § 841)
### (Possess With Intent To Distribute)

2.  On or about July 24, 2013, within the Northern District of Georgia, the defendants, MIGUEL CLAUDIO TREVINO, ROBERTO ISIDORO VERA, and LUIS ANTONIO ITURRALDE, knowingly and intentionally did possess with intent to distribute a controlled substance, said offense involving mixtures and substances containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)(ii), and Title 18, United States Code, Section 2.

### FORFEITURE PROVISION

3.  Upon conviction of the controlled substance offense alleged in Counts One and Two of this Indictment, the defendants, MIGUEL CLAUDIO TREVINO, ROBERTO ISIDORO VERA, and LUIS ANTONIO ITURRALDE shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, as incorporated by Title 21, United States Code, Section 970, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of said violation, including but not limited to:

   a.  MONEY JUDGMENT: A sum of money in United States currency equal to the total value of property involved in each

offense for which the defendants are liable. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense, and

     b. CURRENCY: Approximately $60,000.00 in United States Currency seized on or about July 24, 2013.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___*True*___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
BRET R. WILLIAMS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 534610

MICHAEL J. BROWN
ASSISTANT UNITED STATES ATTORNEY
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
404/581-6000 (office)
404/581-6171 (fax)