IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION FILE |
| v. : | NO. 1:13-CR-00324-UNA |
| : | |
| MIGUEL TREVINO, : | |
|     Defendant. : | |
| _____: | |

## MOTION TO SUPPRESS STATEMENT

**COMES NOW**, the Defendant, through Counsel, and moves this Court to suppress statements allegedly made by him, to wit:

(1)

Defendant incorporates Exhibit 1, attached hereto, solely for the purposes this motion, as if set forth fully herein.

(2)

Defendant submits that he was not properly and fully mirandized and that any alleged statements were not freely, knowingly, and voluntarily given.

(3)

Defendant request additional time to supplement this motion as Defendant believes the Government has not provided all discovery.

**RESPECTFULLY SUBMITTED,** this 4th day of September, 2013.

***/s/ Dwight L. Thomas***  
Dwight L. Thomas  
Attorney at Law  
Georgia Bar No. 704825  

1745 Martin Luther King, Jr. Drive  
Atlanta, Georgia 30314  
(404) 522-1400

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : |
|---|---|
| | : |
| | : CRIMINAL ACTION FILE |
| v. | : NO. 1:13-CR-00324-UNA |
| | : |
| MIGUEL TREVINO, | : |
| Defendant. | : |
| _____ | : |

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing *MOTION TO SUPPRESS STATEMENT* using the ECF system, which will send notification of such filing to the following:

Honorable Cassandra Schansman
Assistant United States Attorney
Northern District of Georgia
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 4th day of September, 2013.

*/s/ Dwight L. Thomas*
Dwight L. Thomas
Attorney at Law
Georgia Bar No. 704825

1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
(404) 522-1400