IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MIGUEL CLAUDIO TREVINO | Criminal Action No.<br><br>1:13-CR-00324 |

**Information Establish Prior Conviction for the Purpose of Increased Punishment**

The United States of America, by Sally Quillian Yates, United States Attorney, and Kamal Ghali, Assistant United States Attorney for the Northern District of Georgia, pursuant to the provisions of Title 21, United States Code, Section 851, alleges and charges that the defendant, Miguel Claudio Trevino, has previously been convicted of an offense punishable as a felony under the provisions of the laws of the United States of America relating to narcotic drugs as follows:

(1) The defendant was convicted in the United States District Court for the Southern District of Texas, on or about December 2, 1997, for possessing with the intent to distribute 295.7 kilograms of cocaine in violation of Title 21 United States Code, Section 841(a)(1). A certified copy of the judgment and conviction is attached hereto and incorporated herein as Exhibit A. This prior conviction is alleged and will be relied upon by the United States of America for the purpose of evoking the enhanced punishment provisions of Title 21, United States Code, Section 841(b)(1) and 851 as to

any sentence imposed upon the defendant, upon his conviction on the drug charges in the instant case.

Respectfully submitted this 20th day of November 2013.

                Respectfully submitted,

                SALLY QUILLIAN YATES
                  *United States Attorney*


                /s/Kamal Ghali
                  *Assistant United States Attorney*
                Georgia Bar No. 805055
                Kamal.ghali@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 20, 2013

                                        /s/Kamal Ghali

                                        KAMAL GHALI
                                        *Assistant United States Attorney*