IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL CLAUDIO TREVINO | Criminal Action No.<br><br>1:13-CR-00324 |

**United States Notice of Intent to Introduce Evidence Under Rule 404(b)**

The United States of America, by Sally Quillian Yates, United States Attorney, and Kamal Ghali, Assistant United States Attorney for the Northern District of Georgia, hereby files its Notice of Intent to Introduce Evidence Under Rule 404(b) of the Federal Rules of Evidence against defendant Miguel Claudio Trevino ("the defendant") and states as follows:

(1) The defendant was convicted in the United States District Court for the Southern District of Texas, on or about December 2, 1997, for possessing with the intent to distribute 295.7 kilograms of cocaine in violation of Title 21 United States Code, Section 841(a)(1). A certified copy of the judgment and conviction is attached hereto and incorporated herein as Exhibit A.

(2) In the present case, the defendant has entered a not guilty plea to the indictment, denying that he possessed with the intent to distribute a controlled substance (namely cocaine) or that he conspired to possess with the intent to distribute cocaine as alleged in the indictment. As such, the defendant has placed the element of his intent and the knowing possession

of the narcotics at issue in this case.

The Government hereby places the defendant on notice that it will attempt to introduce evidence of the aforesaid prior conviction at trial under Rule 404(b) as proof of identity, intent, knowledge, and absence of mistake/accident with respect to the defendant's knowing possession with the intent to distribute the narcotics at issue in this case.

Respectfully submitted this 20th day of November 2013.

>Respectfully submitted,
>
>SALLY QUILLIAN YATES
>   *United States Attorney*
>
>
>/s/Kamal Ghali
>   *Assistant United States Attorney*
>   Georgia Bar No. 805055
>   Kamal.ghali@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 20, 2013

> /s/Kamal Ghali
>
> KAMAL GHALI
> *Assistant United States Attorney*