IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL CLAUDIO TREVINO | CRIMINAL CASE NO.<br>1:13-CR-0324-01-SCJ |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 140], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Statement [Doc. No. 49] and Motion to Suppress Physical Evidence and Statements [Doc. No. 75] are hereby **DENIED**.

**IT IS SO ORDERED** this 27th day of February, 2015.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE